

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP |

Hearing Requested

**DECLARATION OF MARC GREENSTEIN IN SUPPORT OF APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS OF UNITED STATES V. DONALD TRUMP**

I, Marc Greenstein, hereby declare under penalty of perjury the following:

1. I am the Senior Vice President of Design & Production for NBC News and MSNBC. I am personally familiar with the facts set forth below and could and would testify competently thereto.

2. I have served as the Senior Vice President of Design & Production for NBC News and MSNBC since June 2019. In this role, I lead a team of designers, directors, and technologists to create set designs, a cohesive on-air look, graphics, and interactive elements for NBC News and MNSBC. Most recently, I was responsible for the design, launch, and operation of NBC News NOW, NBC News's online streaming platform.

3. I joined NBCU News Group in 1996. From 1999 to 2000, I was a Coordinating Director for Fox News. In 2000, I returned to NBC where I served as a Creative Director for NBC News and MSNBC (2007–2010) and a Senior Director for MSNBC (2000–2007). In those roles, I was responsible for directing individual segments and entire broadcasts for television and online news programs, managing every aspect of filming, editing, and broadcasting news journalism. I am therefore intimately familiar with the technology that NBCU News Group and other television

and online news media organizations use to capture, edit, and make available video content to the public.

4. News organizations routinely use a single pool camera to film a variety of significant public events in which multiple news media organizations are not authorized to operate their own independent equipment. In such situations, news media organizations collaborate to obtain and relay live feeds from single pool cameras without a need for their own separate equipment or even direct access to the equipment in the location. That is, the single pool cameras would transmit the live feed to members of the pool, and those members would then broadcast it. Even without a pool camera in the courtroom, however, NBCU News Group and other news media organizations could easily use existing technology to capture and relay a live feed using cameras already installed in the courtroom, if the Court offers that live feed. Exactly the same would be true if we were to use this Court's audiovisual equipment.

5. A pool camera would involve only a single camera and limited equipment in the courtroom in a manner that would be virtually invisible to the occupants of the courtroom, including to both trial participants and observers. The state of audiovisual technology has advanced to the point that the audiovisual technology necessary to capture a complete video and audio record of a proceeding like this trial is completely unobtrusive. NBCU News Group or another news organization could also easily operate that equipment remotely, meaning that no news personnel would need access to the courtroom except at the outset to install the limited, unobtrusive equipment necessary.

6. In my professional opinion and based on my decades of experience in capturing and broadcasting video content for television and online news programs, NBCU News Group and

other news organizations would be able to provide complete audiovisual coverage of this trial to the public with absolutely no disruption to these proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of October 2023 in New York, New York.

_____
Marc Greenstein