# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP | |

**NBCUNIVERSAL MEDIA, LLC's CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**



RECEIVED Mail Room
OCT 1 2 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

I, the undersigned, counsel of record for NBCUniversal Media, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of NBCUniversal Media, LLC, which have any outstanding securities in the hands of the public: Comcast Corporation is the indirect corporate parent of NBC. No other publicly held corporation owns ten percent or more of the stock of NBCUniversal Media, LLC.

Dated: October 11, 2023                                  Respectfully submitted,

       /s/ Theodore Boutrous
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
Patrick J. Fuster (C.A. Bar. No. 326789)*
Milagros R. Villalobos Navas (C.A. Bar No. 324909)*
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.,
Los Angeles, California 90071-3197
Tel: (213) 229-7804
tboutrous@gibsondunn.com
pfuster@gibsondunn.com
mvillalobos@gibsondunn.com

Connor S. Sullivan (D.C. Bar No. D00506)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-2459
cssullivan@gibsondunn.com

Gail Gove (N.Y. Bar No. 4338976)*
Erik Bierbauer (N.Y. Bar No. 3057148)*
Adam Lazier (N.Y. Bar No. 5396254)*
**NBCUNIVERSAL MEDIA, LLC**
30 Rockefeller Plaza
New York, NY 10112-0015
gail.gove@nbcuni.com
erik.bierbauer@nbcuni.com
adam.lazier@nbcuni.com

*Attorneys for Applicant NBCUniversal Media, LLC*

*\*Pro Hac Vice Applications Forthcoming*