UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDO AND AUDIO OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP** | Case No. 23-mc-107 (TSC) |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth J. Shapiro hereby enters her appearance as counsel of record for the United States of America. Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated: October 18, 2023

Respectfully submitted,

*/s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-5302
Fax: (202) 616-8470
Email: Elizabeth.Shapiro@usdoj.gov

*Counsel for the United States*