UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP | Case No. 23-mc-107-TSC |

## NOTICE OF APPEARANCE

Please take notice that Leslie Cooper Vigen hereby enters her appearance as counsel of record for the United States of America. Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated: October 18, 2023

                                                Respectfully submitted,

                                                */s/ Leslie Cooper Vigen*
                                                LESLIE COOPER VIGEN
                                                United States Department of Justice
                                                1100 L Street, NW
                                                Washington, DC 20005
                                                Tel: (202) 305-0727
                                                Fax: (202) 616-8470
                                                Email: Leslie.Vigen@usdoj.gov

                                                *Counsel for the United States*