## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP et al. | Civil Action No. 1:23-mc-00107 |

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Connor S. Sullivan enters his appearance on behalf of Petitioner NBCUniversal Media, LLC.  Undersigned counsel hereby certifies that he is personally familiar with the Local Rules of this Court and he can be reached at the address, phone number, and email address below:

>   Connor S. Sullivan
>   Gibson, Dunn & Crutcher LLP
>   200 Park Avenue, 48th Floor
>   New York, New York 10166
>   Phone: (212) 351-4000
>   Email: CSSullivan@gibsondunn.com

Dated:   October 19, 2023                              Respectfully submitted,

>                              */s/ Connor S. Sullivan*
>                              Connor Sullivan
>                              Bar ID.: D00506
>                              GIBSON, DUNN & CRUTCHER, LLP
>                              200 Park Avenue, 48th Floor
>                              New York, New York 10166
>                              Telephone:  (212) 351-4000
>                              cssullivan@gibsondunn.com
>
>                              *Attorney for Applicant NBCUniversal Media, LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2023, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                                    */s/ Connor S. Sullivan*
                                                    Connor S. Sullivan