## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

IN RE APPLICATION OF
NBCUNIVERSAL MEDIA, LLC TO
PERMIT VIDEO AND AUDIO
OF TRIAL PROCEEDINGS IN
UNITED STATES V. DONALD TRUMP

Case No.: 1:23−mc−00107

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Applicant NBCUniversal Media, LLC respectfully moves for admission and appearance of attorney Adam Lazier *pro hac vice* in the above-captioned matter.

This motion is supported by the Declaration of Adam Lazier, filed herewith.  As set forth in the accompanying Lazier Declaration, Mr. Lazier is admitted, practicing, and a member in good standing of the State Bar of New York.  Mr. Lazier has not been admitted *pro hac vice* to practice before this Court within the last two years.  This motion is supported and signed by Theodore J. Boutrous, Jr., an active and sponsoring member of the Bar of this Court.

Dated: October 19, 2023

*/s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.
Los Angeles, California 90071-3197
Tel:  (213) 229-7804
tboutrous@gibsondunn.com

*Counsel for Applicant*
*NBCUniversal Media, LLC*