IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF<br>NBCUNIVERSAL MEDIA, LLC TO<br>PERMIT VIDEO AND AUDIO<br>OF TRIAL PROCEEDINGS IN<br>UNITED STATES V. DONALD TRUMP | Case No.: 1:23−mc−00107 |

### DECLARATION OF ADAM LAZIER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Adam Lazier, declare as follows:

1. I am counsel for Applicant NBCUniversal Media, LLC in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Adam M. Lazier.

3. I am Senior Vice President, Legal Affairs at NBCUniversal News Group. My office address is 30 Rockefeller Plaza Building 620-521, New York, NY 10112-0015. My telephone number is (212) 664-5334.

4. I am admitted, practicing, and a member in good standing of the Bar of the State of New York (Bar Number 5396254). I have been a member in good standing since my admission on February 3, 2016. I am also admitted and in good standing as a member of the following federal bars:

- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. District Court for the Southern District of New York

5. I have never been disciplined by any bar.

6.  In the last two years, I have not been admitted *pro hac vice* in this Court.

7.  I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of October, 2023 in New York, New York.

_____
Adam Lazier