**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

IN RE APPLICATION OF
NBCUNIVERSAL MEDIA, LLC TO
PERMIT VIDEO AND AUDIO
OF TRIAL PROCEEDINGS IN
UNITED STATES V. DONALD TRUMP

Case No.: 1:23–mc–00107

### DECLARATION OF ERIK BIERBAUER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Erik Bierbauer, declare as follows:

1.      I am counsel for Applicant NBCUniversal Media, LLC in the above-captioned action.  I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.      My full name is Erik Bierbauer.

3.      I am Senior Vice President, Litigation at NBCUniversal News Group.  My office address is NBCUniversal Media, Legal Department, 30 Rockefeller Plaza, Room 620-557, New York, NY 10112.  My telephone number is (212) 664-4167.

4.      I am admitted, practicing, and a member in good standing of the Bar of the State of New York (Bar Number 3057148).  I have been a member in good standing since my admission on June 20, 2000.  I am also admitted and in good standing as a member of the following federal bars:

- United States Supreme Court
- U.S. Court of Appeals for the Second Circuit
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Southern District of New York

5.      I have never been disciplined by any bar.

6.      In the last two years, I have not been admitted *pro hac vice* in this Court.

7.      I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of October, 2023 in New York, New York.

Erik Bierbauer