IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP | Case No.: 1:23–mc–00107 |

**DECLARATION OF GAIL GOVE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Gail Gove, declare as follows:

1. I am counsel for Applicant NBCUniversal Media, LLC in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Gail C. Gove.

3. I am General Counsel of NBCUniversal News Group. My office address is 30 Rockerfeller Plaza Room 620-521, New York, NY 10112-0015. My telephone number is (212) 413-6095.

4. I am admitted, practicing, and a member in good standing of the Bar of the State of New York (Bar Number 4338976). I have been a member in good standing since my admission on September 28, 2005. I am also admitted and in good standing as a member of the following federal bars:

    - U.S. Court of Appeals for the Seventh Circuit
    - U.S. District Court for the Eastern District of New York
    - U.S. District Court for the Western District of New York

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7.     I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of October, 2023 in New York, New York.

_____
Gail Gove