IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP | Case No.: 1:23–mc–00107 |

### [PROPOSED] ORDER

At the District of Columbia this ___ of October, 2023, having considered the Motion of Applicant NBCUniversal Media, LLC seeking the admission *pro hac vice* of Gail Gove (ECF No. ___), and the Declaration of Gail Gove submitted in support of the Motion;

IT IS HEREBY ORDERED that Applicant's Motion is GRANTED.

_____
Hon. Tanya S. Chutkan
United States District Judge