IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO COVERAGE OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP | Case No.: 1:23−mc−00107 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Applicant NBCUniversal Media, LLC respectfully moves for admission and appearance of attorney Milagros R. Villalobos Navas *pro hac vice* in the above-captioned matter.

This motion is supported by the Declaration of Milagros R. Villalobos Navas, filed herewith. As set forth in the accompanying Villalobos Declaration, Ms. Villalobos is admitted, practicing, and a member in good standing of the State Bar of California. Ms. Villalobos has not been admitted *pro hac vice* to practice before this Court within the last two years. This motion is supported and signed by Theodore J. Boutrous, Jr., an active and sponsoring member of the Bar of this Court.

Dated: October 19, 2023

/s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.,
Los Angeles, California 90071-3197
Tel: (213) 229-7804
tboutrous@gibsondunn.com

*Counsel for Applicant*
*NBCUniversal Media, LLC*