## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO COVERAGE OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP | Case No.: 1:23–mc–00107 |

## DECLARATION OF MILAGROS R. VILLALOBOS NAVAS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, MILAGROS R. VILLALOBOS NAVAS, declare as follows:

1. I am counsel for Applicant NBCUniversal Media, LLC in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Milagros Rossana Villalobos Navas.

3. I am an associate with the law firm Gibson, Dunn, & Crutcher LLP. My office address is 333 South Grand Avenue, Los Angeles, California, 90071. My telephone number is (213) 229-7086.

4. I am admitted, practicing, and a member in good standing of the Bar of the State of California (Bar Number 324909). I have not been admitted in any other courts.

5. I have never been disciplined by any bar. On July 1, 2023, I was placed on administrative and non-disciplinary inactive status for not yet completing California's New Attorney Training Program. When this came to my attention, I promptly completed the Program and was accordingly reinstated to active status on September 20, 2023.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7.      I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 11th day of October, 2023 in Los Angeles, California.

                                                                        _____
                                                                        Milagros R. Villalobos Navas