# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

October 5, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MILAGROS R. VILLALOBOS NAVAS, #324909 was admitted to the practice of law in this state by the Supreme Court of California on January 9, 2019; that from the date of admission to July 1, 2023, they were an ACTIVE licensee of the State Bar of California; that effective July 1, 2023, they were enrolled as an INACTIVE licensee of the State Bar of California for failure to comply with minimum continuing legal education requirements; that on September 20, 2023, they were reinstated as a licensee eligible to practice law in California; that they have been since that date, and are at date hereof, an ACTIVE licensee of the State of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records