IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF<br>NBCUNIVERSAL MEDIA, LLC TO<br>PERMIT VIDEO AND AUDIO COVERAGE<br>OF TRIAL PROCEEDINGS IN<br>UNITED STATES V. DONALD TRUMP | Case No.: 1:23–mc–00107 |

**[PROPOSED] ORDER**

At the District of Columbia this __ of October, 2023, having considered the Motion of Applicant NBCUniversal News Media seeking the admission *pro hac vice* of Milagros R. Villalobos Navas (ECF No. ___), and the Declaration of Milagros R. Villalobos Navas submitted in support of the Motion;

IT IS HEREBY ORDERED that Applicant's Motion is GRANTED.

_____
Hon. Tanya S. Chutkan
United States District Judge