IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO COVERAGE OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP | Case No.: 1:23−mc−00107 |

### DECLARATION OF PATRICK J. FUSTER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Patrick J. Fuster, declare as follows:

1. I am counsel for Applicant NBCUniversal Media, LLC in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Patrick J. Fuster.

3. I am an associate with the law firm Gibson, Dunn, & Crutcher LLP. My office address is 333 South Grand Avenue, Los Angeles, California, 90071. My telephone number is (213) 229-7117.

4. I am admitted, practicing, and a member in good standing of the Bar of the State of California (Bar Number 326789). I have been a member in good standing since my admission on August 20, 2019. I am also admitted and in good standing as a member of the following federal bars:

   - U.S. Court of Appeals for the Fourth Circuit
   - U.S. Court of Appeals for the Ninth Circuit
   - U.S. District Court for the Northern District of California
   - U.S. District Court for the Central District of California

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 11th day of October, 2023 in Los Angeles, California.

Patrick J. Fuster